On respondent's petition for reconsideration filed September 2, reconsideration allowed; former disposition (236 Or App 270, 237 P3d 223) withdrawn; convictions for aggravated murder and felony murder reversed and remanded; case remanded for resentencing; otherwise affirmed October 13, 2010, petition for review allowed March 4, 2011 (349 Or 663)

## STATE OF OREGON,
### *Plaintiff-Respondent,*

*v.*

## PETRONILO LOPEZ-MINJAREZ,
### *Defendant-Appellant.*

Washington County Circuit Court
C053660CR; A134227

240 P3d 753

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-in-Charge Criminal Appeals, for petition.

Before Sercombe, Presiding Judge, and Brewer, Chief Judge, and Deits, Senior Judge.

PER CURIAM

**PER CURIAM**

The state has petitioned this court for reconsideration of our opinion in *State v. Lopez-Minjarez*, 236 Or App 270, 237 P3d 223 (2010). The state correctly points out that our disposition of that case erroneously failed to remand the case for resentencing on defendant's affirmed convictions. The state's point is well taken; we grant the petition for reconsideration and modify our disposition accordingly.

Reconsideration allowed; former disposition withdrawn; convictions for aggravated murder and felony murder reversed and remanded; case remanded for resentencing; otherwise affirmed.